# Third District Court of Appeal

## State of Florida

Opinion filed April 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1393
Lower Tribunal No. 21-3247-FC-04
_____

**Garth Omari Shaw**,
Appellant,

vs.

**Sara J. Perez-Shaw**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Calisha A. Francis (Ft. Lauderdale),  for appellant.

Abramowitz and Associates, and Evan L. Abramowitz, for appellee.

Before LINDSEY, MILLER, and LOBREE, JJ.

PER CURIAM.

Appellant Garth Shaw appeals the trial court's non-final Order Granting the Mother's Emergency Motion to Confirm that Father is Limited to Supervised Timesharing with Minor Children. Shaw claims that the trial court considered improper evidence at an evidentiary hearing and improperly gave more weight to one substance abuse report than another in reaching its ruling. However, Shaw has provided this Court with neither a transcript of the evidentiary hearing, nor a copy of either substance abuse report. Indeed, Shaw has provided no record on appeal at all. Because Shaw has failed to demonstrate reversible error, we are compelled to affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

Affirmed.